UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Boban Mircevski,

        Petitioner,        Case No. 25-12400

v.        Judith E. Levy
        United States District Judge

Kevin Raycraft, *et al.*,

        Mag. Judge Patricia T. Morris

        Respondents.

_____/

## ORDER GRANTING PETITION FOR A WRIT OF HABEAS CORPUS [1]

Before the Court is Petitioner Boban Mircevski's Petition for a Writ of Habeas Corpus. (ECF No. 1.) On September 11, 2025, the Court held a hearing and heard oral argument on the petition.

For the reasons set forth on the record, the petition is GRANTED. It is further ORDERED that Respondents shall immediately release Petitioner Boban Mircevski. Petitioner will be subject to the restrictions set forth in the forthcoming stipulated order regarding supervision of Petitioner.

    IT IS SO ORDERED.

Dated: September 15, 2025　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 15, 2025.

　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　Case Manager