UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBAN MIRCEVSKI,

    Petitioner,

v.

KEVIN RAYCRAFT, Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; SHERIFF MAT KING, Sheriff of St. Clair County Jail,

    Respondents.

Civil No. 25-12400

Honorable Judith E. Levy

Magistrate Judge Patricia T. Morris

**STIPULATED ORDER REGARDING SUPERVISION OF PETITIONER**

At a hearing held in this matter on September 11, 2025, the Court granted Petitioner's petition for a writ of habeas corpus and ordered Petitioner's release from immigration detention. At the conclusion of the hearing, the Court ordered the parties to confer regarding the conditions of Petitioner's release and, if agreement is

reached, to submit a proposed stipulated order addressing the conditions of Petitioner's release.

Having conferred, as ordered by the Court, the parties, through their respective counsel, now stipulate as follows regarding the conditions of Petitioner's release:

1. Immigration and Customs Enforcement, Enforcement and Removal Operations (ICE ERO) may issue Petitioner a Form I-220B, Order of Supervision, with its discretion to impose one or more of the conditions listed therein. Such conditions may include Petitioner's enrollment in the Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security, which may include a GPS tether, electronic monitoring, intermittent reporting, and the imposition of a curfew.

2. Petitioner shall report to ICE ERO when directed, at ICE ERO's discretion.

3. Any violation of the Order of Supervision will result in a redetermination of Petitioner's release conditions or his arrest and detention.

SO STIPULATED AND AGREED TO BY:

| | |
|---|---|
| MICHIGAN IMMIGRANT RIGHTS CENTER | JEROME F. GORGON JR.<br>United States Attorney |
| */s/ Jaimie Lerner*<br>JAIMIE LERNER (P85023)<br>7700 Second Avenue, Suite 603<br>Detroit, MI 48202<br>Phone: (734) 714-3226<br>Email: JLerner@michiganimmigrant.org<br>*Attorneys for Petitioner* | */s/ Benjamin A. Anchill*<br>BENJAMIN A. ANCHILL (P70968)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>Phone: (313) 226-9566<br>Email: benjamin.anchill@usdoj.gov<br>*Attorneys for Respondents* |
| Dated:  September 12, 2025 | Dated:  September 12, 2025 |

SO ORDERED.

Date: September 15, 2025                    s/Judith E. Levy
                                            JUDITH E. LEVY
                                            United States District Judge