# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Boban Mircevski,

        Petitioner,        Case No. 25-12400

v.        Judith E. Levy
        United States District Judge

Kevin Raycraft, *et al.*,

        Mag. Judge Patricia T. Morris

        Respondents.

_____/

## **JUDGMENT**

Judgment is entered in favor of Petitioner Boban Mircevski and against Respondents, consistent with the order entered on September 15, 2025.

        KINIKIA D. ESSIX
        CLERK OF THE COURT

        By:  s/William Barkholz
             DEPUTY COURT CLERK

Date: September 16, 2025

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE